UNITED STATES DISTRICT COURT
~~NORTHERN~~ DISTRICT OF NEW YORK
Southern

JEREMIAH Folsom HERBERT

(Plaintiff(s),

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** _____
(Assigned by Clerk's
Office upon filing)

v.

1) Seagant J. Geogie 7AM TO 3PM Shift
2) Sgt. Johnson, 7Am to 3pm
3) Officer M. Salas, 4) Officer Cannon
5) Sgt. Ridley

Defendant(s).

~~Jury~~ Demand - Judge Trial
☐ Yes
☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore **not** contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) _____





- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

SEE Enclosed Arguments And Documents, And Constitutional Violation Imposed By Each Listed Upon Plaintiff At Sing-Sing C.F

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect;
deliberate indifference to medical needs; unconstitutional conditions of
confinement; denial of due process in a disciplinary or other proceeding; denial of
equal protection; retaliation for the exercise of a First Amendment right; and
interference with free exercise of religion. Legal argument and case citations are
not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

Failure To Protect, Eighth
Amendment Violation

**SECOND CLAIM**

UNConstitutional Conditions of
Confinement

**THIRD CLAIM**

Deliberate-Indifference To
Medical Needs

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

NON-Jury TRial demand

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/24/2024

Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5

In The United States District Court

For The Southern District Of New-York:

MR. JEREMIAH F. HERBERT, pro-se, plaintiff

- Against-

Sergeant J. George, Etc. Al; Defendants

_Complaint_

Individually And In Their Offical Capacities

· NON-Jury Trial demand

Plaintiff's 42 U.S.C. 1983 Civil Rights Action;
Please Take Notice plaintiff, pro-se Files
42 U.S.C. 1983 Complaint Against The Following:

1) Sergeant J. George, 7am To 3pm shift

2) Officer M. Salas ( H-Block- 3pm To 11pm)

3) Sergeant Johnson( 7am To 3pm Shift)

4) Sergeant Ridley( 7am To 3pm Shift)

5) Correction Officer Camron( 7am To 3pm)

Jurisdiction And Venue:

1) This Court has Jurisdiction Over This Action
Under (28 U.S.C Sections- 1331 And 1343)(3)(4).
This matter Arises Under 42 U.S.C. 1983.

2) plaintiff Was Confined At Sing-Sing C.F.
At State Facility At 354 Hunter Street
Ossing, NY 10562 At Time of JAN. 29th 2024
Events, Which Is Located In Southern
District, New York, Westerchest County.

3) Plaintiff Is Currently Confined at
Attica C.F; Attica, N.Y. 14011-0149.

RECEIVED
MAR 07 2024
PRO SE OFFICE

[PAGE #1]

# PARTIES Relevant To Action!

1) Plaintiff Jeremiah Herbert Is And was, At All Times Relevant HereTo, A prisoner In Custody of State of New York Department of Corrections. Plaintiff At Times Relevant To Events On JAN. 29th, 2024, JAN. 30th, 2024 was Incarcerated at Sing-Sing C.F.; Plaintiff Is CURRENTLY Incarcerated at Attica Correctional Facility.

2) Defendants Sergeant J. George of (7AM To 3pm Shift) Is And was, At all Times Relevant And was Assigned As Area-Supervisor on JAN. 29th, 2024!

3) Defendants Sergeant Johnson of (7AM To 3pm) H-Block Gallery, Was At all Time Relevant To This Action on JAN. 29th, 2024.

4) Defendants Officers M. Salas (7AM To 3pm) H-Block Gallery, Was Gallery Officers. At All Times Relevant To This Action! JAN. 29th, 2024!

5) Defendants Sergeant Ridley of (7AM To 3pm) ON A-Block YARD, ON JAN. 29th, 2024 At Times Relevant was Employed At Sing-Sing C.F.

6) Defendant officer Camron (7AM To 3pm), Who At All Times was Relevant of H-Block Was Assigned To Sing-Sing C.F.

[Page 2]

7) This Action Arises And Are Brought Pursuant To (42 U.S.C. Section 1983) To Remedy The Deprivation, Under Color of Law, Rights Guaranteed By Way of The Eighth And Fourteenth Amendment.

## Exhaustion of Administrative Remedies

Plaintiff On Jan. 30th, 2024 And Feb. 2nd, 2024 Properly Did File Under Docs Directive 4040 Grievances And Complaints With Regards To Constitutional Violation Imposed; Under 42 U.S.C 1997 (e) And Exhaustion Remedies Were Indeed Followed

## Statement of Facts:

1) On or About January 29th, 2024, Plaintiff Was "In-Transit" Status At Sing-Sing C.F.

2) On January 29th, 30th, 31st, 2024 Plaintiff Was Indeed A Victim of Failure To Protect, Assault And Battery, physically And Emotional harm Imposed upon Plaintiff Inside A-Block Yard At 9.10pm.

3) On Jan. 29th, 2024 Plaintiff At 10:30pm Was Taken To Westerchester Medical Center For Exrays And Exams By Doctor Williams.

| Page 3 |                    →

4) ON JAN. 29th, 2024 Plaintiff Informed Defendant Geosle, Camron, Ridley, Johnson, M. Salas About Fears For his Personal Health And Saftey After Being Attacked.

5) ON JAN. 29th, 2024 At 2.10pm Inside A. Block Yard Plaintiff Was Assaulted Without Provocation, Struck By Each Defendant At 3.30PM Numerous Times Causing Injuries To Plaintiffs Eyes, Nose, Mouth, Chest.

6) ON JAN. 29th, 2024 And Jan. 30th, 2024 Sergeant Johnson, Sergeant Ridley, Sergant J. George, Officer M. Salas, And Officer Camron Refused To Transfer Plaintiff To Protective-Custody As Request By Plaintiff For Fear of Safety Made.

7) Following Plaintiff's Visit To The Emergency Room (Westchest Medical Center) On Jan. 29th, 2024, No Follow-up Medical Care, Plaintiff Continued To Suffer Injuries Migraine Headaches, dizziness, And General Physical Pain As A Result of Injuries. Plaintiff Continued To Bleed From Right Side of Face For Days Making It difficult To Eat

[PAge 4] →

8) Immediately Following Jan. 29th, 2024 Assault And Attack, Plaintiff Suffered Cuts And lacerations To Body And Face, As Well As Multiple Bruises And Swelling to Face And Body, In Addition of Jan. 29th, 2024 Plaintiff Was Given X-Ray To determine Whether or Not his Nose Was Broken, Defendant Ridley, Johnson, Cannon, George, M. Salas All Failed To Intervene to Stop Attack In A-Block Yard.

9) On Jan. 30th, 2024 And Feb. 2nd, 2024 Plaintiff Filed A Grievance At Sing-Sing C.F. And on Feb. 15th, 2024 At Attica C.F. And Civil Suit Against Each Named Defendant For Their Deliberate-Indifference, Failure To Protect, And Harm Caused to Plaintiff.

10) Despite Plaintiff's Repeated Request Each Defendant Failed To Protect Plaintiff From Being Attack Inside A-Block Yard As An In-Transit Status Inmate, Suffered Extreme Emotional distress. 
Page 5,

11) Each Defendant Fail And Use Attack And Laughed At Plaintiff Injuries And Used Retaliation Of Feb. 3Rd + 4th, 2024 Upon Plaintiff Inside Medical Unit At Sing-Sing. (See: Medical Video) (# No-Cameras In Yard)

12) Each Defendant On Jan. 29th, 2024 At 2.10Pm Failed to Immediately Adminster Duty Of Care to Protect; Violation Of Constitution Right Under Eighth Amendment.

13) Plaintiff Indeed Suffered Bruises Upon Face, Body, And Muliple Physical Injuries Including Extreme Emotional distress From Jan. 29th, 2024 Incident.

14) Plaintiff Suffered Serious Injuries As Well As Migraines Headaches, dizziness, And Still General Pains Throughout Body To Date.

15) Defendants Failed To Provide Adequate Pain Medication, Plaintiff Was Unable To Properly Eat For Days Without Receiving Care'

(Page 6) →

At All Relevant Times Here In
Each Defendant Were "person's" For
Purposes of 42 U.S.C. 1983 All Acting
Under Color of law to Deprive plaintiff
Federal Constitutional Rights With Regards
To; Failure to Protect, Exessive Force,
And Inadequate Medical Care.
Wherefore, plaintiff prays For Judgement
In his Favor And Damages In The
Following:
A) $100,000 In Compensatory damages
To Compensate For Pain And Mental
Anguish.
B) $100,000 In Punitive Damges For Acts
of Deliberate Indifferedce And Intentional
Misconduct of Defendants, But In
No Event No Less Than ($ 300,000).

( See- Relevant Statement
of Facts to Support
42 U.S.C. 1983 Claim )

( Page-7 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERIMIAH FOLSOM HERBERT         NON-JURY TRIAL DEMAND
              Plaintiff,


        V.S.                    42 U.S.C. 1983 Relief


SERGEANT J. GEOGLE, et al.
              Defendants

PLEASE TAKE NOTICE that the Plaintiff is pro-se and as a state prisoner confined to the custody of the New York State Department of Corrections and Community Supervision on January, 18, 2024, Plaintiff was transferred from Attica Correctional Facility to Sing-Sing Correctional Facility for a civil right trial date in White Plains set for January, 22, 2024. On January, 29, 2024 at 2:10 while inside Sing-Sing A-Block yard waiting to use the phone, Plaintiff was indeed a victim of a physical assault and battery as a "hold over in transit" status inmate. Defendant J. Geogle, Sgt. Johnson, Sgt. Ridley, Officer Camron, officer M. Salas, each of them worked 7am to 3pm shift. They violated Plaintiff's Eighth and Fourteenth Amendment rights by acting with deliberate indifference to Plaintiff's safety and conditions of confinement that posed a substantial risk of danger and serious harm to Plaintiff on Jan. 29th, 30th, and 31st, 2024.

On January, 29th, 30th, 31st, 2024 as a result of being a victim of assault and battery, physically and emotionally harm was imposed upon the Plaintiff. The physical injuries are as follows:
1) Broken nose
2) Impaired vision to right eye
3) Cut with a razor blade to right side of face.
4) Broken Jaw Bone

On Jan. 29th, 2024 at around 10:30pm a medical exam and X-ray at Wester Medical Center was performed by Doctor Williams, which

prove physical injuries following Jan., 29th, 2024 assault. Each listed defendant, J. Geogle, officer Camron, Sgt. Johnson, Sgt. Ridley, and officer M. Salas all failed to protect Plaintiff from a gang-assault inside A-Block yard.

Plaintiff on 1/29/24 at 2:10pm was subjected to blows, assault and battery by three known blood gang members while in transit status inside DOCCS custody.

## EIGHTH AMENDMENT VIOLATION
## FAILURE TO PROTECT CLAIM

On Jan. 29th, 2024 each listed Defendant, Johnson, Ridley, Camron, M. Salas, J. Geogle, failed to protect Plaintiff as an in transit status inmate and allowed him access to A-Block yard to pose an excessive risk of harm to Plaintiff. As a victim of assault and battery Plaintiff should not have been able to mix and mingle with general population and should have been separated. Each individual defendant failed in its duty and responsibilities as DOCCS employees. The employees was required to fully provide adequate protection to Plaintiff while I was in their custody at Sing-Sing C.F. on 1/29/24, 1/30/24, 1/31/24. Plaintiff sustained physical injuries from the attack and assault which satisfies the requirement under Section 1983 to state an Eighth Amendment Constitutional Violation for relief. Plaintiff seeks to recover damages for his physical injuries that the medical records will support.

At 3:10pm on Jan., 29th, 2024 while inside Sing-Sing medical unit, Sgt. Ridley and Sgt. Johnson and officer Camron took photographs of Plaintiff's physical injuries and documented the blows and physical injuries imposed. Medical records from DOCCS and Westchester Hospital will show how Plaintiff's life and safety was put in danger. Each individual defendant is fully responsible for personal involvement under 42 U.S.C. 1983 claim to support an Eighth Amendment Constitutional Violation. Under 42

U.S.C. 1997 (e)(a) Plaintiff did follow proper grievance procedure and file a grievance according to directive 4040 with regards to failure to protect and risk of harm and danger. Relevant documentary evidence at a non-jury trial will show and prove how while Plaintiff was in transit status each defendant willfully violated the law, DOCCS policys to impose emotional distress, mental anguish, and physical violence upon Plaintiff by placing Plaintiff in harms way, evidence of assault and physical injuries exist to support claim.

## EXCESSIVE FORCE CLAIM

Unjust assault and battery caused by each defendants neglect of duty of care on Jan. 29th, 30th, 31st, 2024 on H-Block, and inside medical-unit center! Plaintiff was punched, beaten, stabbed, cut and left to die by each defendant are responsible for violation under color of law to support excessive force claim for relief!

## INADEQUATE MEDICAL CARE AND TREATMENT

Can prove that after he left Westchester Medical Center on 1/30/2024 at 12:10am in the morning; no follow-up treatment; each defendant is responsible to ensure Plaintiff had adequate medical treatment after being a victim of assault by unknown blood members on the 29th on Jan. 2024 at 2:10pm in A-Block yard!

# EXHIBIT
# A



4# FAILURE TO PRODUCE WITNESSING

| | | GRIEVANCE NO. 0 4 6 9 - 2 4 | DATE FILED |
|---|---|---|---|

**NEW YORK STATE** | **Corrections and Community Supervision**

| GRIEVANT NAME Herbert, J | DIN 23B1459 |
|---|---|
| FACILITY Attica | HOUSING UNIT A-5-36 |
| PROGRAM | DATE 2/9/24 |
| AM _____ PM _____ | |

**INCARCERATED GRIEVANCE PROGRAM**

**COMPLAINT FORM**

*(This form must be filed within 21 calendar days of grievance incident*)*

Description of Problem: (Please make as brief as possible and print legibly)

SEE ATTACHED

RECEIVED

Grievant Signature: _____

Grievance Clerk Signature: _____    Date: _____

FEB 1 5 2024

ATTICA CORR. FACILITY
INMATE GRIEVANCE

Advisor Requested: ☐ YES ☐ NO    Who: _____

**Action Requested by Grievant:**

**This Complaint Has Been Resolved as Follows:**

Informal Resolution Accepted: (To be completed only if resolved prior to hearing)

Grievant Signature: _____    Date: _____

Witness Signature: _____    Date: _____

If unresolved, you are entitled to a hearing by the Incarcerated Grievance Resolution Committee (IGRC).
*An exception to the time limit may be requested under Directive #4040, § 701.6 (g).

FORM 2131E (12/21)

Jeremiah Herbert, 23B1451, H-24

Sing-Sing C.F.                    Dated: 2/2/2024
ATTN: I.G.R.C. Coordinator
Sing-Sing cf
Formal-Grievance matter:
Assault And victim of Battery while
In Transit Status on 1/29/2024 while
In A-yard, willful violation caused

Dear I.G.R.C.
Please Take Notice Under DOCS Directive
4040 I filed This Grievance Because
On Jan 29th, 2024 At 2:70PM I was A
victim of Assault And Battery while
In Transit Status] As A Hold over At
Sing-Sing C.F.
Physical Violence And Physical Injuries
Were Indeed Imposed upon me
my Institutional Safety was put In
Serious Danger By Sing Sing C.F.
Sgt Rildey, Sgt. Johnson, Officer
Camron, M. Sales, Sgt. J. Geosley
All of 7Am To 3PM Tour Shift.
I was A victim of Brutal
Assault And of Gang Violence
On 1/29/2024 At 10:30 PM At
Wheateen Medical exam Took place

# EXHIBIT
# B



Jeremiah Herbert 23B1459 (Dated: 2/3/2024)

Sing-Sing C.F.
Attn: Foil Request office
D.S.P. E. Velez, Deputy of Programs

---

Formal-Request:
Request Video within 30 Days on Jan. 29th, 2024
A-Block Yard 2.10pm Assault, Timely Request
For Video Tape Evidence To Be Made Available

---

Dear Foil Officer:
Please Take Notice I Hereby Timely Request Any
And All Video Tape Evidence or Any Form
of Production of Camera Footage To Be Fully
Preserved And Made Available To me.
On Jan. 29th, 2024 At 2.10pm While In
A-Block Yard I Was A Victim of Assault
And Battery As An "In Transit" status I/M.
I Specifically Request Per Docs Directive (#2010)
And First Amendment Any And All Video
Footage From A-Block Yard be Produced.
In Accordance With Docs Directive (#2010)
Its Requested Sing-Sing C.F. Directly
Produce Video of Incident That Indeed Exist.
I Hereby Also Request Under Docs Directive
2010 Any And All Medical Records And
Westchester Medical Center Reports As
Timely Requested Please Produce And Make
Available All Specific Request Within
30 Days. I Thank You Kindly.
C.C. File                    Very Truly,
I.G.R.C. Coordinator
        Dated 8/3/24

# EXHIBIT C



Jeremiah Herbert, 23B1451

Sing-Sing C.F

Attn: Foil officer

Medical Department / Nurse Administrator

Sing-Sing C.F

Formal-Request: Medical Records Requested From

Jan. 29th, 2024 Assault, Request Westchester

Hospital Records, Doctor Williams Report

Dated: 2/2/2024

---

Dear Medical Department:

Please Take Notice Under Docs Directive 2010

And (Hippa) I Request All Medical Records,

Photographs of Injuries, Pictures Taken of

Incident of Assault on Jan. 29th, 2024 At

2.10pm. I Requested The Following Legal

Production of Medical Records / Reports:

A) Photographs of Bleeding + Cut To Right

Side of Face!

B) Photographs Taken By Sgt. Ridley And

Sgt. Johnson of Nose, And Black Eye!

c) All Hospital Records From Westchester

Medical Center of Jan. 29th, 2024 And

Doctor Williams described Report.

D) All Medical Records That Exist And

Request Facility Records From Jan. 29, 30, 31, 2024.

I Submit This Request Per Docs

Directive 2010 And Hippa Request

C.C. File                    Very Truly

To: Nurse Administrator

I.G.R.C. Coordinator

Dated: 2/2/24

## AFFIDAVIT OF SERVICE OF MAILING

STATE OF NEW YORK              )   42 U.S.C. 1983

COUNTY OF _WYWNM_        ) ss.:   Civil Rights

                                       Complaint

_Jereniah Herbert_ , being duly sworn, deposes and says:

On the _24th_ day of _Feb._ , 20 _24_ , I served a true copy of the

annexed _U.S.C. 1983 Claim_ by mailing the same in a sealed envelope, with

postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last known addressee(s) as indicated below:

*(Insert here the name[s] and address[es] of the person[s] to whom you are mailing the papers being filed with this Court. If necessary, attach extra pages for additional names and addresses.)*

| Name & Address | Name & Address |
|---|---|
| United States District Court 500 Pearl Street NY NY 10011 | |
| Clerk of Court 300 Quarropas Street White Plains, NY 10601 | |
| Attorney General office The Capitol, Albany NY 12224 | |
| Pro-se Intake office 300 Quarropas Street White Plains, New York 10601 | |
| | |
| | |

(Signature) _____

(Print Name) _Jeremiah HH_

Sworn to before me this _24th_

day of _FEBRUARY_ , _2024_

_____

Notary Public

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016832
Qualified in Erie County
Commission Expires 11/27/27.

Revised:     September 18, 2018

Jeremiah Herbert, Pro-se, Plaintiff
Attica Correctional Facility                    Dated:
P.o. Box 149, Attica, N.Y. 14011-0149           2/27/2024

Attn: Clerk of Court
Pro-se Intake Unit
300 Quaaropas Street
White Plains, N.Y. 10601
Formal-matter: 42 U.S.C.A. 1983 Complaint
Filed For Purposes of Order of Summons And
Petition with Court.

Dear Clerk of Court:
Please Take Notice Plaintiff Pro-se Files
42 U.S.C.A. 1983 Complaint, Together with
I.F.P. Status, Plaintiff Submits Complaint
For Court Review And Order of Service To
Be Fully Granted. Upon Request Court Shall
Issue And Serve Marshalls To Effect
Proper Service Upon Each Defendant.
I.F.P. Status Shall Be Granted, As
Requested Court Issue Summonses Upon
Each Defendant, Under Rule 4(m)
Complaint Is Properly Filed With Court
By Plaintiff.
        cc. file                    Very Truly,
            Dated: 2/27/24

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Jeremiah Henaext

DIN: 03B1451

ATTICA CORR FACILITY

WESTERN

RETURN TO
SERVICE

quadient
02/29/2024
US POSTAGE $002.35⁰

ZIP 14011
041M11471730

Chief Clerk of USDC WP
Charles L. Brieant Court
300 Quarropas Street
White Plains, New York

Pro-Se Intake Office

Legal-mail

ATTICA CORR FACILITY