24-C.V.1780-P.M.H.(N.N.)

United States District Court:
Southern District of New York:

MR. JEREMIAH Folsom HERBERT, Pro-Se, Plaintiff

-Against-

J. George, etc. Al, Defendants

Dated: Dec. 11th, 2024

Notice of Motion

Motion Under Rule 45 Request Supoena

Pursuant To Rule 45 of Federal Rules of Civil Procedure, The Plaintiff Request That This Court Issue a Subpoena For Expert Testimony Of Doctor Williams Shall Appear Before The Court At Trial:

#1) Plaintiff Request Doctor Williams Testify As A Medical Doctor Williams, Cause About Jan. 29th, 2024 Physical Injurys Imposed Upon Plaintiff At Sing-Sing Correctional Facility.

#2) Plaintiff, Request For Subpoena Shall Be granted For Doctor Williams Performed On Jan. 29, Jan. 30th 2024 Medical ExRays And Medical M.R.I. Supported By Medical Records To Show How Plaintiff Did In Fact Suffer Physical Harm And Injurys Because of Defendants J. George, Johnson, Sergent Ridley, Officer Camron, Officer M. Salas.

#3) Doctor Williams Shall Be Called As A Expert In Medical And Will Testify About Imposed Injurys:

A.) Vision To Eyes
B.) Bleeding From Head
C.) Cut To Right Cheek On Plaintiffs Face!

---

[Stamped order overlay:]

Plaintiff's motions for the issuance of a subpoena (Doc. 36) and for a writ of habeas corpus ad testificandum directing DOCCS to produce incarcerated witnesses (Doc. 37) are denied as premature. Defendants' motion to dismiss the complaint is currently pending. (See Doc. 31).

The Clerk of Court is respectfully directed to terminate the letter sequence pending at Docs. 36-37 and mail a copy of this Order to Plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
December 23, 2024

24-cv-1780 PMH/VR Page #2

It is Requested under Federal Rule 45 For An Issuance of Subpoena directing Doctor Williams of Westcher Medical Center As A Medical Doctor Expert, Expert Testimony By Doctor Williams About How On Jan. 29th, 2024 Doctor Williams Performed Medical ExRays And Medical M.R.I. Because of failure To Protect Assault And Excessive force; Doctor Williams Can give A Detailed Account About The Physical Injurys Imposed To Plaintiff Such As:

A) Bleeding From Head
B) Neck And Upper Back Injurys
C) Cut with Razor To Right Side of Cheek
D) Impaired Vision To Right Eye

Doctor Williams Shall Be Produced As A Witnesses And As A Medical Expert About How Plaintiff Did In fact Suffer Imminent harm under Color of law About Event To Occured At Sing-Sing Correctional Facility Inside A-Block Yard on Jan. 29th, 2024.

A Subpoena For Expert Testimony Under Rule 45 Shall Be granted And Doctor Williams Testimony Shall Be Admissible And Shall Be Allowed To Be Called to Personally Testify Before Court At Trial As An Expert And As A Witness By Way of A Subpoena Under Rule 45.

Respectfully submitted,
Ziah [signature]