UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAH FOLSOM HERBERT,

                  Plaintiff,

           -against-

SERGEANT GEORGE, et al.,

                Defendants.

**ORDER**

24-CV-1780 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has become aware of an updated address for Plaintiff: Jeremiah Folsom Herbert DIN#23B1459 Five Points Correctional Facility 6600 State Route 96, Caller Box 119, Romulus, NY 14541. (*See* Docs. 31, 47). Accordingly, the Clerk of Court is respectfully directed to (i) update Plaintiff's address on the docket; and (ii) mail a copy of the Court's March 18 Order (Doc. 45), March 28 Order (Doc. 48), and this Order to Plaintiff at his updated address.

**SO ORDERED:**

Dated:    White Plains, New York
          April 2, 2025

PHILIP M. HALPERN
United States District Judge