**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEREMIAH FOLSOM HERBERT,

                Plaintiff,

-against-                          24 **CIVIL** 1780 (PMH)

## **JUDGMENT**

SERGEANT GEORGE, et al.,

                Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 30, 2025, Defendants' motion to dismiss is GRANTED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      April 30, 2025

                                                        **TAMMI M HELLWIG**
                                                          **Clerk of Court**

                       **BY:**

                                                          **Deputy Clerk**